[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-12350
Non-Argument Calendar

_____

D.C. Docket No. 5:20-cv-00077-TES

RHONDA REID,

Plaintiff-Appellant,

versus

CANDACE LAWSON,
Greene County Tax Commissioner,
CAMILLE HOPE,
Bankruptcy Trustee,
STEPHEN BRADLEY,
DA,
DONNIE HARRISON,
Sheriff,
RENE MATHEW,
State Revenue et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(February 24, 2021)

Before JORDAN, GRANT, and BLACK, Circuit Judges.

PER CURIAM:

Rhonda Reid, proceeding *pro se*, appeals the district court's dismissal of her *pro se* second amended complaint under 42 U.S.C. § 1983 for failure to state a claim upon which relief can be granted, lack of subject-matter jurisdiction, and several immunity grounds.

Arguments not raised on appeal, even by *pro se* litigants, are deemed abandoned. *Timson v. Sampson*, 518 F.3d 870, 874 (11th Cir. 2008). An appellant also abandons a claim when: (1) she makes only passing reference to it; (2) she raises it in a "perfunctory manner without supporting arguments and authority"; (3) she refers to it only in the "statement of the case" or "summary of the argument"; or (4) the references to the issue are mere background to her main arguments. *Sapuppo v. Allstate Floridian Ins. Co.*, 739 F.3d 678, 681-82 (11th Cir. 2014).

Reid has not raised any arguments in her brief attacking the merits of the district court's order and has therefore abandoned those arguments on appeal. *See Timson*, 518 F.3d at 874. Even liberally construed, Reid reiterates only the allegations in her second amended complaint and the procedural history in the district court, without addressing the findings and supporting reasoning by the district court as to any of its stated grounds for dismissal. *See Sapuppo*, 739 F.3d

2

at 681-82.  Therefore, because Reid makes only passing references to the district court's order and otherwise raises it in a "perfunctory manner without supporting arguments and authority," she has abandoned any assertion the district court's order was erroneous.  *Id.*; *Timson*, 518 F.3d at 874.  Accordingly, we affirm the district court.

**AFFIRMED.**